UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN SUAREZ, *on behalf of himself
and all others similarly situated*,

                    Plaintiff,

        -v-

BLUE SKY CYCLING, INC.,

                    Defendant.

23-CV-10126 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 19, 2024, business-entity Defendant Blue Sky Cycling, Inc. ("Blue Sky") was warned that it had 14 days, or until February 2, 2024, to have counsel appear on its behalf and respond to the complaint. (ECF No. 10.) The Court warned Blue Sky that if it failed to do so, it would risk the entry of a default judgment against it, as companies must be represented by counsel and cannot appear *pro se*. (*Id.*) The allotted time for Blue Sky to have counsel appear on its behalf has passed.

Accordingly, Defendant Blue Sky Cycling, Inc. is hereby deemed in default.

As stated in the Court's prior order at ECF No. 10, Plaintiff Suarez is directed to (1) file a status letter or (2) move for default judgment against Defendant on or before March 1, 2024.

Plaintiff is also directed to serve a copy of this order by mail on Defendant within seven days.

SO ORDERED.

Dated: February 6, 2024
      New York, New York

                                         _____
                                              J. PAUL OETKEN
                                     United States District Judge